IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Montgomery Jr, Clarence | Case Number: 07 B 20440 |
|---|---|---|
| | | Judge: Hollis, Pamela S |
| | Printed: 8/5/08 | Filed: 11/1/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: June 23, 2008
Confirmed: January 28, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 3,900.00 |  |
| Secured: |  | 875.39 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,814.00 |
| Trustee Fee: |  | 210.61 |
| Other Funds: |  | 0.00 |
| Totals: | 3,900.00 | 3,900.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 2,814.00 | 2,814.00 |
| 2. | CitiMortgage Inc | Secured | 0.00 | 0.00 |
| 3. | Capital One Auto Finance | Secured | 0.00 | 0.00 |
| 4. | GMAC Mortgage Corporation | Secured | 0.00 | 0.00 |
| 5. | Citi Residential Lending Inc | Secured | 0.00 | 0.00 |
| 6. | Litton Loan Servicing | Secured | 0.00 | 0.00 |
| 7. | America's Servicing Co | Secured | 0.00 | 0.00 |
| 8. | America's Servicing Co | Secured | 0.00 | 0.00 |
| 9. | Cook County Treasurer | Secured | 14,000.00 | 45.00 |
| 10. | Litton Loan Servicing | Secured | 46,717.64 | 375.54 |
| 11. | CitiMortgage Inc | Secured | 28,268.53 | 227.24 |
| 12. | Citi Residential Lending Inc | Secured | 13,000.00 | 104.50 |
| 13. | GMAC Mortgage Corporation | Secured | 15,315.39 | 123.11 |
| 14. | Resurgent Capital Services | Unsecured | 132.46 | 0.00 |
| 15. | American Express | Unsecured | 722.70 | 0.00 |
| 16. | Illinois Dept of Revenue | Unsecured | 2,598.14 | 0.00 |
| 17. | Capital One | Unsecured | 490.08 | 0.00 |
| 18. | Jefferson Capital Systems LLC | Unsecured | 319.51 | 0.00 |
| 19. | Chase Bank | Unsecured | 2,476.19 | 0.00 |
| 20. | S & S Lending | Unsecured | 2,446.62 | 0.00 |
| 21. | Capital One | Unsecured | 484.75 | 0.00 |
| 22. | World Financial Network Nat'l | Unsecured | 1,813.06 | 0.00 |
| 23. | Asset Acceptance | Unsecured | 1,652.10 | 0.00 |
| 24. | RMI/MCSI | Unsecured | 3,290.37 | 0.00 |
| 25. | ECast Settlement Corp | Unsecured | 448.73 | 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Montgomery Jr, Clarence | | Case Number: 07 B 20440 |
|---|---|---|---|
| | | | Judge: Hollis, Pamela S |
| | Printed: 8/5/08 | | Filed: 11/1/07 |

| | | | | |
|---|---|---|---|---|
| 26. | Resurgent Capital Services | Unsecured | 2,112.23 | 0.00 |
| 27. | Commonwealth Edison | Unsecured | 1,440.09 | 0.00 |
| 28. | ECast Settlement Corp | Unsecured | 7,909.47 | 0.00 |
| 29. | Cook County Treasurer | Unsecured | 7,729.90 | 0.00 |
| 30. | Nicor Gas | Unsecured | | No Claim Filed |
| 31. | CitiFinancial | Unsecured | | No Claim Filed |
| 32. | Yellow Book | Unsecured | | No Claim Filed |

$ 156,181.96    $ 3,689.39

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 210.61 |

$ 210.61

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

